Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____   Chapter __7__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Moran's Drywall Business, LLC** |
| **2. All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as names* | |
| **3. Debtor's federal Employer Identification Number (EIN)** | **8 3 – 3 1 7 0 6 7 9** |

**4. Debtor's address**

**Principal place of business**

**3900 State Highway 6 South**
Number      Street

**College Station, TX 77845**
City                    State    ZIP Code

**Brazos**
County

**Mailing address, if different from principal place of business**

Number      Street

City                    State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number      Street

City                    State    ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☑ Other. Specify: _____

Debtor    **Moran's Drywall Business, LLC**                                    Case number *(if known)*_____
          Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District_____  When_____  Case number_____
                                              MM / DD / YYYY

        District_____  When_____  Case number_____
                                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor_____  Relationship_____

        District_____  When_____
                                                          MM / DD / YYYY

        Case number, if known_____

Debtor    **Moran's Drywall Business, LLC**
          _____          Case number *(if known)* _____
          Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>    Number          Street<br><br>    _____<br><br>    _____<br>    City                          State   ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.      Insurance agency   _____<br>              Contact name       _____<br>              Phone              _____ |

---

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49          ☐ 50-99          ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199   ☐ 200-999   ☐ 10,001-25,000                      ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000              ☐ $1,000,001-$10 million          ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000        ☐ $10,000,001-$50 million         ☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000       ☐ $50,000,001-$100 million        ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million     ☐ $100,000,001-$500 million       ☐ More than $50 billion |

Debtor   **Moran's Drywall Business, LLC**
Name

Case number *(if known)*

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **11/19/2025**
MM/ DD/ YYYY

**X** **/s/ Ivan Moran**                          **Ivan Moran**
Signature of authorized representative of debtor        Printed name

Title        **Owner/Managing Partner**

**18. Signature of attorney**

**X**        **/s/ Reese Baker**        Date   **11/19/2025**
Signature of attorney for debtor                MM/ DD/ YYYY

**Reese Baker**
Printed name

**Baker & Associates**
Firm name

**950 Echo Ln Ste 300**
Number        Street

**Houston**        **TX**   **77024-2824**
City        State   ZIP Code

Contact phone        **courtdocs@bakerassociates.net**
        Email address

**01587700**        **TX**
Bar number        State

**Fill in this information to identify the case:**

Debtor Name  **Moran's Drywall Business, LLC**

United States Bankruptcy Court for the: **Southern** District of **Texas**

(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **VeraBank - Account was recently opened (September 17 2025)** | **Checking account** | **8 5 3 0** | $0.00 |
| 3.2. **Prosperity Bank** | **Checking account** | **4 2 1 5** | $1.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____  _____
   4.2 _____  _____

5. **Total of Part 1** 

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$1.00** |

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   | Current value of debtor's interest |
   | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

Debtor   **Moran's Drywall Business, LLC**
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 7.1 | _____ | _____ |
| 7.2 | _____ | _____ |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1 | _____ | _____ |
| 8.2 | _____ | _____ |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

_____

---

**Part 3:** Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**11. Accounts receivable**

11a. 90 days old or less:   **unknown** - **unknown** =.....➡ $140,921.07
face amount    doubtful or uncollectible accounts

11b. Over 90 days old:   **unknown** - **unknown** =.....➡ $60,107.50
face amount    doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$201,028.57

---

**Part 4:** Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| | | |
|---|---|---|
| 14.1 | _____ | _____ |
| 14.2 | _____ | _____ |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:   % of ownership:

| | | | |
|---|---|---|---|
| 15.1. | _____ | _____ | _____ |
| 15.2. | _____ | _____ | _____ |

---

Official Form 206A/B    **Schedule A/B: Assets — Real and Personal Property**    page **2**

Debtor    **Moran's Drywall Business, LLC**                Case number *(if known)* _____
         Name

---

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____  _____  _____

16.2 _____  _____  _____

**17.** **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

                                 [_____]

| **Part 5:** | Inventory, excluding agriculture assets |
| --- | --- |

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| **19.** **Raw materials** | | | | |
| Metal Studs | MM / DD / YYYY | unknown | | $200.00 |
| Paint | MM / DD / YYYY | unknown | | $100.00 |
| Ceiling Tiles | MM / DD / YYYY | unknown | | $300.00 |
| Drywall | MM / DD / YYYY | unknown | | $60.00 |
| Plywood | MM / DD / YYYY | unknown | | $50.00 |
| Trash Carts | MM / DD / YYYY | unknown | | $40.00 |
| Fast Trak's | MM / DD / YYYY | unknown | | $100.00 |
| Ceiling Grid | MM / DD / YYYY | unknown | | $150.00 |
| **20.** **Work in progress** | MM / DD / YYYY | | | |
| **21.** **Finished goods, including goods held for resale** | MM / DD / YYYY | | | |
| **22.** **Other inventory or supplies** | MM / DD / YYYY | | | |

Debtor    **Moran's Drywall Business, LLC**

Name

Case number *(if known)* _____

---

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.

    **$1,000.00**

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes.  Book value _____    Valuation method _____    Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|--------------------------------------------------------------------------------|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|
| 28. **Crops—either planted or harvested** | | | |
| | _____ | _____ | _____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| | _____ | _____ | _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | _____ | _____ | _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| | _____ | _____ | _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| | _____ | _____ | _____ |

33. **Total of Part 6**

    Add lines 28 through 32. Copy the total to line 85.

    _____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

      ☐ No

      ☐ Yes

---

Debtor     **Moran's Drywall Business, LLC**                               Case number *(if known)* _____
                  Name

---

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Sofa | unknown | | $50.00 |
| Coffee Table | unknown | | $40.00 |
| 40. **Office fixtures** | | | |
| Storage Rack | unknown | | $150.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | | | |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.                                                          $240.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor    **Moran's Drywall Business, LLC**                                    Case number *(if known)* _____

Name

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2024 Ford Super Duty F250** | unknown | | $60,000.00 |
| 47.2 **2022 Ford Super Duty F250** | unknown | | $40,000.00 |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | |
| 48.2 | | | |
| **49.  Aircraft and accessories** | | | |
| 49.1 | | | |
| 49.2 | | | |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **2022 TXPR DP /** Dump Trailer | unknown | | $8,000.00 |
| **2018 AMER PT2 /** Flat Bed Trailer | unknown | | $15,000.00 |

**51.  Total of Part 8**                                                                                             | $123,000.00 |

Add lines 47 through 50. Copy the total to line 87.

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 9: | Real property |
|---------|---------------|

**54.  Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Debtor   **Moran's Drywall Business, LLC**　　　　　　　　　　Case number *(if known)* _____
　　　　　Name

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56.　**Total of Part 9**

　　　Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.　　　　　　　　　[_____]

57.　**Is a depreciation schedule available for any of the property listed in Part 9?**

　　　❑ No
　　　❑ Yes

58.　**Has any of the property listed in Part 9 been appraised by a professional within the last year?**

　　　❑ No
　　　❑ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59.　**Does the debtor have any interests in intangibles or intellectual property?**

　　　❑ No. Go to Part 11.
　　　☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.　**Patents, copyrights, trademarks, and trade secrets**<br>_____ | _____ | _____ | _____ |
| 61.　**Internet domain names and websites**<br>**Web site** _____ | **unknown** | _____ | **$10.00** |
| 62.　**Licenses, franchises, and royalties**<br>_____ | _____ | _____ | _____ |
| 63.　**Customer lists, mailing lists, or other compilations**<br>_____ | _____ | _____ | _____ |
| 64.　**Other intangibles, or intellectual property**<br>_____ | _____ | _____ | _____ |

Debtor    **Moran's Drywall Business, LLC**    Case number *(if known)* _____
_____
Name

---

65.  **Goodwill**

_____    _____  _____  _____

66.  **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.    | **$10.00** |

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 11:**   All other assets

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|

71.  **Notes receivable**

Description (include name of obligor)

_____    _____  –  _____  =➡  _____
Total face amount    doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    _____
_____    Tax year _____    _____
_____    Tax year _____    _____

73.  **Interests in insurance policies or annuities**

_____    _____

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

   Lien on real property- construction job    **$58,000.00**

**Nature of claim**    Work done on restaurant

**Amount requested**    _____ unknown

---

Debtor    **Moran's Drywall Business, LLC**                    Case number *(if known)* _____
          Name

| | | |
|---|---|---|
| **75.** | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| | _____ | _____ |
| | **Nature of claim**     _____ | |
| | **Amount requested**    _____ | |
| **76.** | **Trusts, equitable or future interests in property** | |
| | _____ | _____ |
| **77.** | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | _____ | _____ |
| | _____ | _____ |
| **78.** | **Total of Part 11** <br> Add lines 71 through 77. Copy the total to line 90. | **$58,000.00** |
| **79.** | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** | |

☑ No

☐ Yes

Debtor    **Moran's Drywall Business, LLC**
          Name

Case number *(if known)* _____

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $201,028.57 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $240.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $123,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................ ➔ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $10.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.*     + | $58,000.00 | |
| 91. **Total.** *Add lines 80 through 90 for each column*............91a. | $383,279.57 | **+** 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................................... | | $383,279.57 |

---

```
Fill in this information to identify the case:

Debtor name      Moran's Drywall Business, LLC

United States Bankruptcy Court for the:      Southern      District of      Texas
                                                                      (State)
Case number (if known):
```

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

**Part 1:**     List Creditors Who Have Secured Claims

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name

**Ally Financial**

Creditor's mailing address

**PO Box 71119**

**Charlotte, TX 28272**

Creditor's email address, if known

Date debt was incurred     **09/16/2024**

Last 4 digits of account number     **2  3  7  1**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien

2024 Ford Super Duty F250

Describe the lien

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$84,020.24**     Column B: **$60,000.00**

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     **$133,822.93**

Debtor  **Moran's Drywall Business, LLC**
Name

Case number (if known) _____

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.2** Creditor's name
**Ally Financial**

Creditor's mailing address
**PO Box 71119**

**Charlotte, TX 28272**

Creditor's email address, if known
_____

Date debt was incurred    **11/10/2022**

Last 4 digits of account number    **5  9  1  2**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2022 Ford Super Duty F250

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$49,802.69          $40,000.00

Fill in this information to identify the case:

Debtor name __**Moran's Drywall Business, LLC**__

United States Bankruptcy Court for the:

__**Southern District of Texas**__

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

__**Internal Revenue Service**__

__**Centralized Insolvency Operations**__

__**Po Box 7346**__

__**Philadelphia, PA 19101-7346**__

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)  **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?

☑ No

☐ Yes

Total claim **$0.00**

Priority amount **$0.00**

**2.2** Priority creditor's name and mailing address

__**Texas Comptroller of Public Accounts**__

__**C/O Bankruptcy**__

__**PO Box 13528**__

__**Austin, TX 78711-2548**__

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)  **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?

☑ No

☐ Yes

Total claim **$0.00**

Priority amount **$0.00**

Debtor **Moran's Drywall Business, LLC**

Name

Case number *(if known)* _____

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**Action Gypsum Supply**

**P.O. BOX 664113**

**Dallas, TX 75266**

Date or dates debt was incurred **10/31/2024**

Last 4 digits of account number **3  6  5  6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$85,939.26**

**3.2** Nonpriority creditor's name and mailing address

**Ally Financial**

**P.O. Box 71119**

**Charlotte, NC 28272**

Date or dates debt was incurred **10/08/2022**

Last 4 digits of account number **5  9  1  2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$49,802.69**

**3.3** Nonpriority creditor's name and mailing address

**Ally Financial**

**P.O. Box 71119**

**Charlotte, NC 28272**

Date or dates debt was incurred **09/16/2024**

Last 4 digits of account number **2  3  7  1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$84,020.24**

**3.4** Nonpriority creditor's name and mailing address

**Ariel Bouskila**

**1545 U.S 202 Suite 101**

**Pomona, NY 10970**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

Debtor    **Moran's Drywall Business, LLC**
          Name                                                                    Case number *(if known)*

---

| Part 2: | Additional Page |

---

**3.5** Nonpriority creditor's name and mailing address

**Bank of America**

**PO Box 15796**

**Wilmington, DE 19886**

Date or dates debt was incurred    **01/02/2024**

Last 4 digits of account number    **7  5  8  1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$16,963.67

---

**3.6** Nonpriority creditor's name and mailing address

**Bank of America**

**PO Box 15796**

**Wilmington, DE 19886**

Date or dates debt was incurred    **01/01/2024**

Last 4 digits of account number    **9  2  9  3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$15,926.01

---

**3.7** Nonpriority creditor's name and mailing address

**Bank of America**

**PO Box 15796**

**Wilmington, DE 19886**

Date or dates debt was incurred    **01/01/2024**

Last 4 digits of account number    **8  7  3  5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$33,571.06

---

**3.8** Nonpriority creditor's name and mailing address

**Bank Of America**

**Attn: Bankruptcy**

**PO Box 982238**

**El Paso, TX 79998**

Date or dates debt was incurred    _____

Last 4 digits of account number    __  __  __  __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$32,199.01

---

Debtor  **Moran's Drywall Business, LLC**
Name

Case number *(if known)* _____

---

**Part 2:**  Additional Page

---

**3.9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,708.50 |
|---|---|---|

**Baylor Lbr. & Bldg. Co., Inc.**

**P.O. Box 111**

**Navasota, TX 77868**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **01/01/2025**

**Basis for the claim:  Vendor**

Last 4 digits of account number   **1  2  6  2**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.10**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|

**Benn Law Group**

**1138 State Highway 6 South**

**College Station, TX 77845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   _____

**Basis for the claim:  Notice Only**

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.11**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $73,599.92 |
|---|---|---|

**Byzfunder**

**333 West 39th Street**

**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **05/01/2025**

**Basis for the claim:** _____

Last 4 digits of account number   **0  3  5  0**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.12**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,748.45 |
|---|---|---|

**Citibank/The Home Depot**

**Attn: Recovery/Centralized Bankruptcy**

**PO Box 790034**

**St Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   _____

**Basis for the claim:** _____

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor **Moran's Drywall Business, LLC**
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$59,261.63** |
|---|---|---|---|

**Cowtown Materials Inc**

**401 Garden Acres**

**Fort Worth, TX 76140**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number   5  4  7  4

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$59,261.63** |
|---|---|---|---|

**Cowtown Materials Inc.**

**6529 Cunningham, Bldg 18**

**Houston, TX 77041**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   07/09/2025

Last 4 digits of account number   L  L  C

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$47,120.39** |
|---|---|---|---|

**Equipment Depot**

**4100 S I-H 35**

**Waco, TX 76706**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   05/15/2025

Last 4 digits of account number   7  4  2  2

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,639.47** |
|---|---|---|---|

**Equipment Share**

**PO Box 650429**

**Dallas, TX 75265**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   06/09/2025

Last 4 digits of account number   4  0  6  7

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **Moran's Drywall Business, LLC**
Name

Case number *(if known)* _____

| Part 2: | Additional Page |

---

**3.17** Nonpriority creditor's name and mailing address

**Forward Financing LLC**

**53 State Street, 20th Floor**

**Boston, MA 02109**

Date or dates debt was incurred    **07/10/2025**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address

**Hilti Incorporated HUS**

**PO Box 650756**

**Dallas, TX 75265**

Date or dates debt was incurred    **02/18/2025**

Last 4 digits of account number    **1  6  3  9**

As of the petition filing date, the claim is:    **$2,229.21**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

**L&W Supply**

**1 ABC Parkway Ste 941**

**Beloit, WI 53511**

Date or dates debt was incurred    **04/09/2025**

Last 4 digits of account number    **0  0  0  1**

As of the petition filing date, the claim is:    **$122,664.59**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

**LCF**

**3000 Marcus Ave, Suite 2W15**

**New Hyde Park, NY 11042**

Date or dates debt was incurred    **08/08/2025**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **Moran's Drywall Business, LLC**
Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

**3.21** Nonpriority creditor's name and mailing address

**Lowes**

**PO Box 669821**

**Dallas, TX 75266**

Date or dates debt was incurred **09/10/2025**

Last 4 digits of account number **4  4  5  7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$15,918.93

---

**3.22** Nonpriority creditor's name and mailing address

**Opifex-Synergy**

**P.O. BOX 660367**

**Dallas, TX 75266**

Date or dates debt was incurred **02/07/2025**

Last 4 digits of account number **5  7  7  2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,856.43

---

**3.23** Nonpriority creditor's name and mailing address

**Pearl Capital**

**55 Almeria Ave, 2nd Floor**

**Coral Gables, FL 33134**

Date or dates debt was incurred **06/01/2025**

Last 4 digits of account number  ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$42,499.83

---

**3.24** Nonpriority creditor's name and mailing address

**The Home Depot**

**P.O. Box 9001030**

**Louisville, KY 40290**

Date or dates debt was incurred **05/30/2025**

Last 4 digits of account number **7  6  9  9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$4,748.45

Debtor **Moran's Drywall Business, LLC**
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.25** Nonpriority creditor's name and mailing address

**The Sherwin-Williams**

**PO BOX 840943**

**DALLAS, TX 75284**

Date or dates debt was incurred **07/08/2025**

Last 4 digits of account number **0 1 - 1**

As of the petition filing date, the claim is: **$3,609.15**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

**Valinor Capital**

**333 W Commercial Street**

**East Rochester, NY 14445**

Date or dates debt was incurred **05/14/2025**

Last 4 digits of account number **2 0 1 7**

Remarks: Cannot locate an address

As of the petition filing date, the claim is: **$63,059.14**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.27** Nonpriority creditor's name and mailing address

**VeraBank**

**2531 Earl Rudder Fwy S**

**College Station, TX 77845**

Date or dates debt was incurred **05/01/2025**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$149,831.40**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Moran's Drywall Business, LLC**
Name

Case number *(if known)* _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **ABC Amega**<br>**500 Seneca Street, Suite 503**<br>**Buffalo, NY 14204** | Line **3.18**<br>☐ Not listed. Explain | ___ ___ ___ ___ |
| 4.2 **ABF Servicing**<br>**55 Almeria Ave, 2nd Floor**<br>**Coral Gables, FL 33134** | Line **3.23**<br>☐ Not listed. Explain | ___ ___ ___ ___ |
| 4.3 **Berkovitch & Bouskila, PLLC**<br>**1545 Route 202 Suite 101**<br>**Pomona, NY 10970** | Line **3.11**<br>☐ Not listed. Explain | ___ ___ ___ ___ |
| 4.4 **Piekarski Law**<br>**17 State Street Suite 1800**<br>**New York, NY 10004** | Line **3.26**<br>☐ Not listed. Explain | ___ ___ ___ ___ |

Debtor   **Moran's Drywall Business, LLC**

Name

Case number *(if known)* _____

| **Part 4:** | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  | | Total of claim amounts |
|---|---|---|
| 5a.   **Total claims from Part 1** | 5a. | **$0.00** |
| 5b.   **Total claims from Part 2** | 5b. **+** | **$982,179.06** |
| 5c.   **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$982,179.06** |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Moran's Drywall Business, LLC** |
| United States Bankruptcy Court for the: | **Southern** District of **Texas** |
| | (State) |
| Case number (If known): | Chapter **7** |

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Property management for owner** | **Clark Isenhour** |
| | | | **3828 S College Ave** |
| | State the term remaining | **0 months** | **Bryan, TX 77845** |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** | **Valley Business Park** |
| | | | **3900 SH 6 Suite 10-3-104** |
| | State the term remaining | **0 months** | **College Station, TX 77845** |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name     **Moran's Drywall Business, LLC**

United States Bankruptcy Court for the:     **Southern**     District of     **Texas**
                                                                              (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors                                                                12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Moran Tejeda, Ivan** | **704 Brussels Dr** <br> Street <br><br> **College Sta, TX 77845-4765** <br> City    State    ZIP Code | **Bank Of America** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **Citibank/The Home Depot** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **The Home Depot** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **Byzfunder** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **Pearl Capital** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **Forward Financing LLC** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **LCF** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **Valinor Capital** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **VeraBank** | ☐ D <br> ☑ E/F <br> ☐ G |

Official Form 206H                     **Schedule H: Codebtors**                     page 1 of __2__

| Debtor | **Moran's Drywall Business, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing address | Name | *Check all schedules that apply:* |
| | | **Bank of America** | ☐ D ☑ E/F ☐ G |
| | | **Bank of America** | ☐ D ☑ E/F ☐ G |
| | | **Bank of America** | ☐ D ☑ E/F ☐ G |
| 2.2 | Street <br><br> City          State          ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.3 | Street <br><br> City          State          ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.4 | Street <br><br> City          State          ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.5 | Street <br><br> City          State          ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.6 | Street <br><br> City          State          ZIP Code | | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name **Moran's Drywall Business, LLC**

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____   Chapter ___**7**___

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:** Summary of Assets

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*.......................................................................... | **$0.00**

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*.......................................................................... | **$383,279.57**

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*........................................................................... | **$383,279.57**

---

**Part 2:** Summary of Liabilities

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | **$133,822.93**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................................... | **$0.00**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................... | **+ $982,179.06**

4. **Total liabilities**.............................................................................................................................. | **$1,116,001.99**

   Lines 2 + 3a + 3b

---

Fill in this information to identify the case:

Debtor name      **Moran's Drywall Business, LLC**

United States Bankruptcy Court for the:

     **Southern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

<u>Official Form 207</u>

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:   Income

1. **Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**   From <u>01/01/2025</u> to   Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$4,603,807.76** |
| **For prior year:**   From <u>01/01/2024</u> to <u>12/31/2024</u><br>MM/ DD/ YYYY     MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$4,365,536.00** |
| **For the year before that:**   From <u>01/01/2023</u> to <u>12/31/2023</u><br>MM/ DD/ YYYY     MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$4,757,733.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**   From <u>01/01/2025</u> to   Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:**   From <u>01/01/2024</u> to <u>12/31/2024</u><br>MM/ DD/ YYYY     MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:**   From <u>01/01/2023</u> to <u>12/31/2023</u><br>MM/ DD/ YYYY     MM/ DD/ YYYY | _____ | _____ |

| Debtor | **Moran's Drywall Business, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. _____<br><br>Creditor's name<br><br>_____<br><br>Street<br><br>_____<br><br>_____<br>City               State     ZIP Code | _____<br><br>_____<br><br>_____ | _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____<br><br>Creditor's name<br><br>_____<br><br>Street<br><br>_____<br><br>_____<br>City               State     ZIP Code<br><br>**Relationship to debtor**<br><br>_____ | _____<br><br>_____<br><br>_____ | _____ | _____<br><br>_____<br><br>_____ |

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Debtor   **Moran's Drywall Business, LLC**                                          Case number *(if known)* _____
_____
Name

5.1. _____        _____        _____
Creditor's name

Street
_____

_____

City                State    ZIP Code

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

6.1. _____        _____        _____        _____
Creditor's name

                                    XXXX–__ __ __ __
Street
_____

_____

City                State    ZIP Code

---

**Part 3:**  Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **BYZFUNDERNYLLC D/B/A BYZFUNDER vs Moran's Drywall Business LLC** | | **Supreme Court of the State of New York** <br> Name <br> **92 Franklin St** <br> Street <br><br> **Buffalo, NY 14202-3902** <br> City        State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** | | | |
| | **2020-00025181** | | | |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

Debtor   **Moran's Drywall Business, LLC**                      Case number *(if known)*
_____
Name

| 8.1. | Custodian's name and address | Description of the property | Value |
|------|------------------------------|----------------------------|-------|

Custodian's name
_____

Street

Case title
_____

Court name and address

Name
_____

_____
City                    State      ZIP Code

Case number
_____

Street
_____

Date of order or assignment
_____

_____
City                    State      ZIP Code

---

**Part 4:**   Certain Gifts and Charitable Contributions

**9.**   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------|------------------------------|-------------------------------------------|-------------|-------|

Recipient's name
_____

Street
_____

_____
City                    State      ZIP Code

Recipient's relationship to debtor
_____

---

**Part 5:**   Certain Losses

**10.**   All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

10.1.   _____   _____   _____   _____

---

**Part 6:**   Certain Payments or Transfers

**11.**   **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

Debtor   **Moran's Drywall Business, LLC**
　　　　　Name

Case number *(if known)*

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Baker & Associates** | **Legal Fees, Filing fees** | **10/30/2025** | **$3,338.00** |
| | **Address** | | | |
| | **950 Echo Ln Ste 300** <br> Street | | | |
| | **Houston, TX 77024-2824** <br> City　　　　　State　ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

**12.  Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

**13.  Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Debtor | Moran's Drywall Business, LLC | Case number *(if known)* |
| --- | --- | --- |
| | Name | |

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- | --- |

**Address**

Street

City                    State       ZIP Code

**Relationship to debtor**

---

## Part 7:  Previous Locations

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
| --- | --- |
| 14.1. | From _____ To _____ |
| Street | |
| | |
| City          State     ZIP Code | |

---

## Part 8:  Health Care Bankruptcies

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |
| 15.1. | | |
| Facility name | | |
| Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| City          State     ZIP Code | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

Debtor **Moran's Drywall Business, LLC**
　　　　Name

Case number *(if known)*

| Part 9: | Personally Identifiable Information |
|---|---|

**16.** **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

　　　Does the debtor have a privacy policy about that information?

　　　☐ No

　　　☐ Yes

**17.** **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

　　　☐ No. Go to Part 10.

　　　☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

　　　Has the plan been terminated?

　　　☐ No

　　　☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18.** **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 **VeraBank**<br>Name<br>**Po Box 1009**<br>Street<br><br>**Henderson, TX 75653-1009**<br>City　　State　ZIP Code | XXXX– **6  8  8  3** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | **2025** | **$0.00** |

**19.** **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Debtor  **Moran's Drywall Business, LLC**                                          Case number *(if known)* _____

Name

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | Name | | | ☐ No |
| | Street | | | ☐ Yes |
| | | **Address** | | |
| | City        State        ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | Name | | | ☐ No |
| | Street | | | ☐ Yes |
| | | **Address** | | |
| | City        State        ZIP Code | | | |

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name | | | |
| Street | | | |
| City        State        ZIP Code | | | |

**Part 12:** Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor **Moran's Drywall Business, LLC**
_____
Name

Case number _(if known)_ _____

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22.** **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name _____ | _____ | ☐ Pending |
| **Case number** | Street _____ | _____ | ☐ On appeal |
| _____ | _____ | _____ | ☐ Concluded |
| | City          State    ZIP Code | | |

**23.** **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | _____ | |

**24.** **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | _____ | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25.** **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor  **Moran's Drywall Business, LLC**

Name

Case number *(if known)* _____

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City        State    ZIP Code | | EIN: _ _ – _ _ _ _ _ _ _<br><br>**Dates business existed**<br><br>From _____   To _____ |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Moran Tejeda, Ivan**<br>Name<br>**704 Brussels Dr**<br>Street<br><br>**College Sta, TX 77845-4765**<br>City        State    ZIP Code | From _____   To **Closing** |
| 26a.2. **Eztefania Rubicala**<br>Name<br>**1575 Schumacher St**<br>Street<br><br>**Navasota, TX 77868-2614**<br>City        State    ZIP Code | From _____   To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. **Kay Perrone**<br>Name<br>**1716 Briarcrest Dr Suite 203**<br>Street<br><br>**Bryan, TX 77802**<br>City        State    ZIP Code | From **2022**   To **current** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Official Form 207   Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   page **10**

Debtor   **Moran's Drywall Business, LLC**
_____
Name

Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.

**Kay Perrone**
_____
Name

**1716 Briarcrest Dr Suite 203**
_____
Street

_____

**Bryan, TX 77802**
_____
City                              State                    ZIP Code

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.

**Moran Tejeda, Ivan**                    **All available**
_____
Name

**704 Brussels Dr**
_____
Street

_____

**College Sta, TX 77845-4765**
_____
City                              State                    ZIP Code

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.   **Byzfunder**
_____
Name

**333 W 39th St**
_____
Street

_____

**New York, NY 10018-1410**
_____
City                              State                    ZIP Code

| Name and address |
|---|

26d.2.   **Forward Financing**
_____
Name

**100 Summer St Ste 1175**
_____
Street

_____

**Boston, MA 02110-2116**
_____
City                              State                    ZIP Code

| Name and address |
|---|

26d.3.   **LCF**
_____
Name

**3000 Marcus Ave Ste 2w15**
_____
Street

_____

**New Hyde Park, NY 11042-1005**
_____
City                              State                    ZIP Code

Debtor   **Moran's Drywall Business, LLC**
_____     Case number *(if known)* _____
Name

| Name and address |
|---|

26d.4.   **Pearl Capital**
_____
Name

**55 Almeda Av 2d Floor**
_____
Street

_____

**Miami, FL 33134**
_____
City                          State              ZIP Code

| Name and address |
|---|

26d.5.   **Valinor Capital**
_____
Name

**Unknown**
_____
Street

_____

_____
City                          State              ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1.
_____
Name

_____
Street

_____

_____
City                          State              ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Moran Tejeda, Ivan** | **704 Brussels Dr College Sta, TX 77845-4765** | **President , Owner** | **40.00%** |
| **Jose Guadalupe Moran** | **810 Montgomery Rd. 77868** | **President , Owner** | **60.00%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | , | From _____ <br> To _____ |

Debtor **Moran's Drywall Business, LLC**
    Name

Case number *(if known)*

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Moran Tejeda, Ivan**<br>Name | $1,600.00 | 11/8/2024 | **Salary** |
| **704 Brussels Dr**<br>Street | $1,600.00 | 11/15/2024 | |
| | $1,600.00 | 11/22/2024 | |
| | $1,600.00 | 11/29/2024 | |
| **College Sta, TX 77845-4765**<br>City    State    ZIP Code | $1,600.00 | 12/6/2024 | |
| Relationship to debtor | $1,600.00 | 12/13/2024 | |
| **Owner** | $1,600.00 | 12/20/2024 | |
| | $1,600.00 | 12/27/2024 | |
| | $1,600.00 | 1/3/2025 | |
| | $1,600.00 | 1/10/2025 | |
| | $1,600.00 | 1/17/2025 | |
| | $1,600.00 | 1/24/2025 | |
| | $1,600.00 | 1/31/2025 | |
| | $1,600.00 | 2/7/2025 | |
| | $1,600.00 | 2/14/2025 | |
| | $1,600.00 | 2/21/2025 | |
| | $1,600.00 | 2/28/2025 | |
| | $1,600.00 | 3/7/2025 | |
| | $1,600.00 | 3/14/2025 | |
| | $1,600.00 | 3/21/2025 | |
| | $1,600.00 | 3/28/2025 | |
| | $1,600.00 | 4/4/2025 | |
| | $1,600.00 | 4/11/2025 | |
| | $1,600.00 | 4/18/2025 | |
| | $1,600.00 | 4/25/2025 | |
| | $1,600.00 | 5/2/2025 | |
| | $1,600.00 | 5/9/2025 | |
| | $2,400.00 | 5/16/2025 | |
| | $2,400.00 | 5/23/2025 | |
| | $2,400.00 | 5/30/2025 | |
| | $2,400.00 | 6/6/2025 | |

Debtor **Moran's Drywall Business, LLC**
Name

Case number *(if known)*

| | Amount | Date |
|---|---|---|
| | $2,400.00 | 6/13/2025 |
| | $2,400.00 | 6/20/2025 |
| | $2,400.00 | 6/27/2025 |
| | $2,400.00 | 7/4/2025 |
| | $2,400.00 | 7/11/2025 |
| | $2,400.00 | 7/18/2025 |
| | $2,400.00 | 7/25/2025 |
| | $2,400.00 | 8/1/2025 |
| | $2,400.00 | 8/8/2025 |
| | $2,400.00 | 8/15/2025 |
| | $2,400.00 | 8/29/2025 |
| | $2,400.00 | 9/5/2025 |
| | $2,400.00 | 9/12/2025 |
| | $2,400.00 | 9/19/2025 |
| | $2,400.00 | 9/26/2025 |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. **Jose Muran** <br> Name <br><br> **810 Montgomery Rd.** <br> Street <br><br><br> **Navasota, TX 77868** <br> City          State          ZIP Code <br><br> Relationship to debtor <br><br> **Owner** | **$82,100.00** | **11/8/2025-9 /26/2025** | **Salary** |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

| Debtor | **Moran's Drywall Business, LLC** | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **11/19/2025**
             MM/ DD/ YYYY

**X** **/s/ Ivan Moran**                                Printed name                     **Ivan Moran**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   **Owner/Managing Partner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

Fill in this information to identify the case:

Debtor name _____**Moran's Drywall Business, LLC**_____

United States Bankruptcy Court for the:

_____**Southern District of Texas**_____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an** *insider*, **as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1  VeraBank<br>2531 Earl Rudder Fwy S<br>College Station, TX 77845 | | | | | | $149,831.40 |
| 2  L&W Supply<br>1 ABC Parkway Ste 941<br>Beloit, WI 53511 | | | | | | $122,664.59 |
| 3  Action Gypsum Supply<br>P.O. BOX 664113<br>Dallas, TX 75266 | | | | | | $85,939.26 |
| 4  Ally Financial<br>P.O. Box 71119<br>Charlotte, NC 28272 | | | | | | $84,020.24 |
| 5  Byzfunder<br>333 West 39th Street<br>New York, NY 10018 | | | | | | $73,599.92 |
| 6  Valinor Capital<br>333 W Commercial Street<br>East Rochester, NY 14445 | | | | | | $63,059.14 |
| 7  Cowtown Materials Inc<br>401 Garden Acres<br>Fort Worth, TX 76140 | | | | | | $59,261.63 |
| 8  Cowtown Materials Inc.<br>6529 Cunningham, Bldg 18<br>Houston, TX 77041 | | | | | | $59,261.63 |

Debtor   **Moran's Drywall Business, LLC**                                    Case number *(if known)* _____
                    Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Ally Financial P.O. Box 71119 Charlotte, NC 28272 | | | | | | $49,802.69 |
| 10 | Equipment Depot 4100 S I-H 35 Waco, TX 76706 | | | | | | $47,120.39 |
| 11 | Pearl Capital 55 Almeria Ave, 2nd Floor Coral Gables, FL 33134 | | | | | | $42,499.83 |
| 12 | Bank of America PO Box 15796 Wilmington, DE 19886 | | | | | | $33,571.06 |
| 13 | Bank Of America Attn: Bankruptcy PO Box 982238 El Paso, TX 79998 | | | | | | $32,199.01 |
| 14 | Ally Financial PO Box 71119 Charlotte, TX 28272 | | | | $84,020.24 | $60,000.00 | $24,020.24 |
| 15 | Bank of America PO Box 15796 Wilmington, DE 19886 | | | | | | $16,963.67 |
| 16 | Bank of America PO Box 15796 Wilmington, DE 19886 | | | | | | $15,926.01 |
| 17 | Lowes PO Box 669821 Dallas, TX 75266 | | | | | | $15,918.93 |
| 18 | Baylor Lbr. & Bldg. Co., Inc. P.O. Box 111 Navasota, TX 77868 | | Vendor | | | | $10,708.50 |
| 19 | Ally Financial PO Box 71119 Charlotte, TX 28272 | | | | $49,802.69 | $40,000.00 | $9,802.69 |
| 20 | Citibank/The Home Depot Attn: Recovery/Centralized Bankruptcy PO Box 790034 St Louis, MO 63179 | | | | | | $4,748.45 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Moran's Drywall Business, LLC**

CASE NO

CHAPTER **7**

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   **11/19/2025**     Signature      **/s/ Ivan Moran**

Ivan Moran , Owner/Managing Partner

ABC Amega
500 Seneca Street, Suite 503
Buffalo, NY 14204

ABF Servicing
55 Almeria Ave, 2nd Floor
Coral Gables, FL 33134

Action Gypsum Supply
P.O. BOX 664113
Dallas, TX 75266

Ally Financial
PO Box 71119
Charlotte, TX 28272

Ally Financial
P.O. Box 71119
Charlotte, NC 28272

Ariel Bouskila
1545 U.S 202 Suite 101
Pomona, NY 10970

Bank of America
PO Box 15796
Wilmington, DE 19886

Bank Of America
Attn: Bankruptcy
PO Box 982238
El Paso, TX 79998

Baylor Lbr. & Bldg. Co., Inc.
P.O. Box 111
Navasota, TX 77868

Benn Law Group
1138 State Highway 6 South
College Station, TX 77845

Berkovitch & Bouskila, PLLC
1545 Route 202 Suite 101
Pomona, NY 10970

Byzfunder
333 West 39th Street
New York, NY 10018

Citibank/The Home Depot
Attn: Recovery/Centralized Bankruptcy
PO Box 790034
St Louis, MO 63179

Clark Isenhour
3828 S College Ave
Bryan, TX 77845

Cowtown Materials Inc
401 Garden Acres
Fort Worth, TX 76140

Cowtown Materials Inc.
6529 Cunningham, Bldg 18
Houston, TX 77041

Equipment Depot
4100 S I-H 35
Waco, TX 76706

Equipment Share
PO Box 650429
Dallas, TX 75265

Forward Financing LLC
53 State Street, 20th Floor
Boston, MA 02109

Hilti Incorporated HUS
PO Box 650756
Dallas, TX 75265

Internal Revenue Service
Centralized Insolvency Operations
Po Box 7346
Philadelphia, PA 19101-7346

L&W Supply
1 ABC Parkway Ste 941
Beloit, WI 53511

LCF
3000 Marcus Ave, Suite 2W15
New Hyde Park, NY 11042

Lowes
PO Box 669821
Dallas, TX 75266

Ivan Moran Tejeda
704 Brussels Dr
College Sta, TX 77845-4765

Opifex-Synergy
P.O. BOX 660367
Dallas, TX 75266

Pearl Capital
55 Almeria Ave, 2nd Floor
Coral Gables, FL 33134

Piekarski Law
17 State Street Suite 1800
New York, NY 10004

Texas Comptroller of Public
Accounts
C/O Bankruptcy
PO Box 13528
Austin, TX 78711-2548

The Home Depot
P.O. Box 9001030
Louisville, KY 40290

The Sherwin-Williams
PO BOX 840943
DALLAS, TX 75284

Valinor Capital
333 W Commercial Street
East Rochester, NY 14445

Valley Business Park

3900 SH 6 Suite 10-3-104
College Station, TX 77845


VeraBank

2531 Earl Rudder Fwy S
College Station, TX 77845